Indian Harbor Ins. Co. v Schuff Steel Co. (2025 NY Slip Op 04694)

Indian Harbor Ins. Co. v Schuff Steel Co.

2025 NY Slip Op 04694

Decided on August 14, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: August 14, 2025

Before: Manzanet-Daniels, J.P., González, Shulman, Rodriguez, Pitt-Burke, JJ. 

Index No. 650909/23|Appeal No. 4013|Case No. 2023-05637|

[*1]Indian Harbor Insurance Company, Plaintiff-Respondent,
v
Schuff Steel Company, Defendant-Appellant.

An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Barry R. Ostrager, J.), entered on or about September 01, 2023,
And said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated July 30, 2025,
It is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: August 14, 2025